

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On July 26, 2018, counsel for Appellant moved this court to substitute Mark Anthony Sanchez as counsel of record and grant a motion to withdraw by Augusto A. Guerra. *See* TEX. R. APP. P. 6.5(d). Counsels' motions are GRANTED. We respectfully remind Augusto A. Guerra that withdrawing counsel must comply with Rule 6.5(b).

We DIRECT the clerk of this court to update this court's records accordingly.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court